Rob A. Rodriguez S.B.N. 224511
robr@ralawllp.com
Richard A. Apodaca S.B.N. 292294
richarda@ralawllp.com
Michael D. Pimentel S.B.N. 355755
michaelp@ralawllp.com
**RODRIGUEZ APODACA LAW FIRM LLP**
2850 Inland Empire Blvd., Bld. B
Ontario, CA 91764
Telephone: (909) 944-3777
Facsimile: (909) 285-2163

**Attorneys for Plaintiff,** Lisa Palmer

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA PALMER, an individual.<br><br>Plaintiff,<br>v.<br><br>WALMART, INC., a Delaware corporation; WALMART STORES, INC., a Delaware corporation; WALMART ASSOCIATES, INC., a Delaware Corporation; IRMA BECERRA, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 5:25-cv-00137-jgb-shk<br>**[Unlimited]**<br><br>State Case No.: CIVRS2401265<br><br>**NOTICE OF SETTLEMENT**<br><br>District Judge: Jesus G. Bernal<br>Magistrate Judge: Shashi H. Kewalramani<br>Complaint filed: October 9, 2024<br>Trial date: August 11, 2026 |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　PLEASE TAKE NOTICE that Plaintiff Lisa Palmer and Defendants Walmart Inc., Walmart Stores, Inc., Walmart Associates, Inc., and Irma Becerra have reached a settlement in principle of all claims in this action, subject to the execution of a formal settlement agreement.

The parties respectfully request that the Court vacate all pending dates and deadlines in this matter and retain jurisdiction over this case until Defendants can fully perform its duties as required under the settlement agreement. It is estimated that Defendant will fully perform its duties on or around October 24, 2025. Upon Defendant's completion of its duties (as mandated under the settlement agreement) and within two weeks after said completion, Defendant will file with this Court a joint notice of dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), signed by counsel for all Parties.

**RODRIGUEZ APODACA LAW FIRM LLP**

Date: 10/21/2025

Rob A. Rodriguez, Esq.
Richard A. Apodaca, Esq.
Michael D. Pimentel, Esq.
Attorneys for Plaintiff, Lisa Palmer

**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

Date: 10/21/2025

Jennifer N. Lutz, Esq.
Christine Y. Clark, Esq.
Kristin A. Kameen, Esq.
Kendall N. Garald, Esq.
Attorneys for Defendants, Walmart Inc., Walmart Stores, Inc., Walmart Associates, Inc., and Irma Becerra