# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| LISA PALMER, an individual, | CASE NO.: 5:25-cv-00137-JGB-SHKx |
| Plaintiff, | **ORDER DISMISSING CASE WITH PREJUDICE** |
| v. | |
| WALMART, INC., a Delaware corporation; WALMART STORES, INC., a Delaware corporation; WAL-MART ASSOCIATES, INC., a Delaware Corporation; IRMA BECERRA, an individual; and DOES 1 through 20, inclusive, | |
| Defendants. | |

Based upon the stipulation of the Parties, the Court hereby orders the dismissal of the above-captioned Complaint, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own costs.

IT IS SO ORDERED.

Dated: November 13, 2025

Honorable Jesus G. Bernal
United States District Court
Central District Court of California